IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| FRANCISCO SANTANA | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-455 |
| MELINDA MITCHELL, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Francisco Santana, a prisoner previously confined at the LeBlanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Melinda Mitchell, Pedro Boykin, David Vidalier, and Lawrence Moses.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On July 6, 2026, the magistrate judge recommended granting Defendant's partial Motion for Summary Judgment. To date, the parties have not filed objections to the Report and Recommendation.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. Proper notice was given to Plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge [Dkt. 34] is ADOPTED. Defendants' partial Motion for Summary Judgment [Dkt. 25] is GRANTED. Plaintiff's claim concerning the loss of his personal property is DISMISSED.

**SIGNED this 14th day of September, 2026.**

Michael J. Truncale
United States District Judge